```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 07-60027-CR-ZLOCH/Snow
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANK HERNANDEZ, et al.

        Defendants.

_____

### O R D E R

THIS CAUSE is before the Court on defendant **Thomas Walker's** Motion to Adopt Certain Motions of Co-Defendants' (DE 520) and Motion to Adopt Severance Motions of Co-Defendants (DE 546). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Defendant Thomas Walker is permitted to adopt the following motions:

1. Defendant Hannibal Edwards' Motion to Dismiss Indictment (DE 457);

2. Defendant Serge Francois' Motion to Dismiss Indictment (DE 464);

3. Defendant Howard Helfant's Motion to Dismiss Indictment (DE 472);

4. Defendant Paul Wiseberg's Motion to Dismiss Counts 1 and 9-12 of the Indictment (DE 482);

     5. Defendant Paul Wiseberg's Motion to Suppress Evidence and Request for a *Franks* Hearing (DE 518);

     6. Defendant Howard Helfant's Motion to Sever (DE 526), and

     7. Defendant Emmanuel Antonio's Motion to Sever (DE 532), except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

     DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE


Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)