UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on defendant **Thomas Walker's** Motion to Dismiss Indictment, or in the Alternative, for *Kastigar* Hearing (DE 780), which was referred to United States Magistrate Judge, Lurana S. Snow, for report and recommendation.

The motion recites that in late 1999 or early 2000, defendant Walker was debriefed by an FDA agents and a Department of Justice trial attorney, and that he was granted derivative use immunity for his statement. Based on this purported grant of immunity, the defendant argues that the instant indictment must be dismissed or, alternatively, a hearing must be held to determine whether any of the evidence the Government plans to introduce against the defendant at trial was derived from the statement previously made by him. The motion further recites that counsel for the defendant has been trying to locate a copy of the immunity agreement.

In its response, the Government has attached a copy of the immunity agreement, which was executed by the defendant and his counsel on February 5, 2002. The agreement provides, in pertinent part:

> First, the <u>only</u> restrictions to which the government agrees is that the government will not offer any statements made by you or your client at the meeting during a trial of your client (except in those situations noted below). The government thus reserves the right to make derivative use of, and pursue all investigative leads suggested by, any statements made by you or your client at the meeting (this provision is necessary in order to eliminate the necessity for a <u>Kastigar</u> hearing at which the government would have to prove that the evidence to be introduced at trial was not tainted by the statements made by you or your client during our meeting). Further, the government may make whatever use it desires of such statements during any proceeding preliminary to an actual trial.

(Government's Response, DE 793, Exhibit A at 1.) (Emphasis in original.)

The Government also has attached a copy of the statement made by the defendant pursuant to the immunity agreement. (Government's Response, DE 793, Exhibit B.) The response states that the substance of the statement provided by the defendant was unrelated to the charges in the instant case, and that no part of that statement will be introduced at trial.

### **RECOMMENDATIONS OF LAW**

The defendant's motion should be denied as untimely, having been filed many weeks past the deadline for filing motions. Moreover, based on the Government's response, it is clear that the

defendant was granted use immunity, not derivative use immunity, for the statement provided by him in 2005. Since the Government will not use this statement against the defendant, and since the immunity agreement was explicitly states that no Kastigar hearing is required, the motion also should be denied on the merits.

## CONCLUSION

This Court having considered carefully the pleadings, arguments of counsel, and the applicable case law, it is hereby

RECOMMENDED that defendant **Thomas Walker's** Motion to Dismiss Indictment, or in the Alternative, for Kastigar Hearing (DE 780) be DENIED.

The parties will have ten days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with The Honorable William J. Zloch, United States District Judge. Failure to file objections timely shall bar the parties from attacking on appeal factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1998), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 16th day of January, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

3

## SERVICE LIST

## USA v. FRANK HERNANDEZ, et al.

## CASE NO. 07-60027-CR-ZLOCH/Snow

Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez)
Omar Guerra Johansson, Esq. (D-Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)