```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-60027-CR-ZLOCH
```

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                **O R D E R**

FRANK HERNANDEZ, et al.,

       Defendants.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 796) filed herein by United States Magistrate Judge Lurana S. Snow.  No objections have been filed to said Report.  The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Report And Recommendation (DE 796) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified and adopted by the Court.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of February, 2008.

                                                  /s/ William J. Zloch
                                         WILLIAM J. ZLOCH
                                         United States District Judge

Copies furnished:
The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record